NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of C.B.P-D., a child.       )
                                             )
                                             )
E.D.,                                        )
                                             )
            Appellant,                       )
                                             )
v.                                           )       Case No. 2D20-1560
                                             )
DEPARTMENT OF CHILDREN AND                   )
FAMILIES and GUARDIAN AD LITEM               )
PROGRAM,                                     )
                                             )
            Appellees.                       )
                                             )

Opinion filed September 25, 2020.

Appeal from the Circuit Court for Polk
County; William Bruce Smith, Judge.

Jana Jay Malen, Naples; and Clay W.
Oberhausen, Sarasota, for Appellant.

Ashley Moody, Attorney General,
Tallahassee; and Meredith K. Hall,
Children's Legal Services, Bradenton, for
Appellee Department of Children and
Families.

Thomasina F. Moore, Statewide Director
of Appeals and Samantha Valley,
Appellate Counsel, Tallahassee; and
Nancy C. Wear, Defending Best

Interests Project, Coral Gables, for
Appellee Guardian ad Litem.


PER CURIAM.

     Affirmed.


VILLANTI, MORRIS, and SMITH, JJ., Concur.